1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7                    DISTRICT OF NEVADA

8                          * * *

9  UNITED STATES OF AMERICA,              )
                                          )
10              Plaintiff,                )
                                          )
11 vs.                                    )       2:11-cr-250-GMN-CWH
                                          )
12 PHILLIP BERRY,                         )
                                          )
13              Defendant.                )       **ORDER**
   _____       )

14

15       The Court granted Gary L. Myers' "Motion to Withdraw as Attorney of Record" (#38) on

16 December 30, 2011, and ordered new counsel (#39).  Therefore;

17       IT IS HEREBY ORDERED that James B. Hartsell, Esq.  is appointed as counsel for

18 Phillip Berry in place of Gary L. Myers, Esq.

19       IT IS FURTHER ORDERED that Mr. Myers shall forward the file to Mr. Hartsell

20 forthwith.

21       DATED  this 5th  day of January, 2012.

22       NUNC PRO TUNC: January 4, 2012.

23

24                                        _____
                                          GLORIA M. NAVARRO
25                                        United States District Judge

26

27

28